United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sarah E Worley
    Debtor

Case No. 17-10117-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Dec 14, 2017
                 Form ID: pdf900     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
db          +Sarah E Worley,    6909 Sprague Street,    Philadelphia, PA 19119-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Dec 15 2017 01:24:27    City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:23:59    Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2017 01:24:21    U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com Dec 15 2017 01:23:44    Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
cr          E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2017 01:26:41    LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
cr          E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 15 2017 01:26:31    Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC  27894-1847
13907023     +E-mail/Text: bankruptcy@cavps.com Dec 15 2017 01:24:18    Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                                                                            TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor Sarah E Worley dmo160west@gmail.com, davidoffenecf@gmail.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
         PETER E. MELTZER    on behalf of Creditor    Regional Acceptance Corporation bankruptcy@wglaw.com, state@wglaw.com
         REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                  TOTAL: 6

```
         IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                  :    CHAPTER 13
                           :
   Sarah E. Worley         :    NO.  17-10117-ELF
           Debtor          :
                           :
```

## ORDER DISALLOWING PROOF OF CLAIM 6-1

AND NOW, this  13th  day of  December , 2017, after a hearing, it is hereby **ORDERED** that the Proof of Claim 6-1 of Cavalry SPV I, LLC as assignee of Fairlane Credit in the amount of $14,802.25 is hereby **DISALLOWED**.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**