## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  SARAH E. WORLEY<br>　　　　　　　　　　　**Debtor** | BANKRUPTCY CASE<br>NO.: 17-10117 |
| **Regional Acceptance Corporation**<br>　　　　　　　　　　　**Movant**<br>　v.<br>**Sarah E. Worley**<br>**Mark Worley**<br>　　　　　　　　　　　**Respondents** | CHAPTER 13 |

### CERTIFICATION OF NO RESPONSE and
### REQUEST FOR ENTRY OF STAY RELIEF ORDER

I, Peter E. Meltzer, counsel for Regional Acceptance Corporation, hereby certify that:

1. On December 8, 2017, I caused to be served on the Debtor, Debtor's counsel and the Trustee the Motion of Movant for Stay Relief in the above matter, a proposed form of Order and the Notice of Response Deadline and Hearing Date.  I filed a Certificate of Service with the Court on the same date indicating service of the above documents on the above individuals.

2. Under the Notice of Motion, a response was due on or before December 26, 2017.

3. A hearing on Movant's Motion is scheduled for January 2, 2018.

4. A response was filed by the Debtor to the Motion on December 11, 2017. However, said response was withdrawn on December 28, 2017.

5. Based on the foregoing, it is hereby respectfully requested that Movant's Motion for Relief from Stay be granted.

　　　　　　　　　　　　　　　　　　　**WEBER GALLAGHER SIMPSON**
　　　　　　　　　　　　　　　　　　　**STAPLETON FIRES & NEWBY, LLP**

Dated: December 28, 2017　　　　　　　　／s／　PETER E. MELTZER
　　　　　　　　　　　　　　　　　　　Peter E. Meltzer, Esquire
　　　　　　　　　　　　　　　　　　　2000 Market Street, 13th Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　267-295-3363
　　　　　　　　　　　　　　　　　　　Attorneys for Movant