UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  SARAH E. WORLEY<br>                          **Debtor** | BANKRUPTCY CASE<br>NO.: 17-10117 |
| **Regional Acceptance Corporation**<br>                          **Movant**<br>       v.<br>Sarah E. Worley<br>Mark Worley<br>                          **Respondents** | CHAPTER 13 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this ____ day of _____, upon consideration of the Motion of Regional Acceptance Corporation ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) and relief from co-debtor stay pursuant to 11 U.S.C. Section 1301(c)(3), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to repossess and sell that certain 2008 Infiniti G-35X, VIN JNKBV61F78M254386.

~~ORDERED that this Order shall also be applicable to Mark Worley under Section 1301(c)(3) of the Bankruptcy Code.~~

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

Date:  1/2/18

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE