United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10117-elf
Sarah E Worley                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 1            Date Rcvd: Jan 02, 2018
                               Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
db              +Sarah E Worley,   6909 Sprague Street,   Philadelphia, PA 19119-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Jan 03 2018 01:01:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2018 01:01:11
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 03 2018 01:01:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: ally@ebn.phinsolutions.com Jan 03 2018 01:00:54     Ally Financial Inc.,
                 P.O. Box 130424,   Roseville, MN 55113-0004
cr               E-mail/PDF: resurgentbknotifications@resurgent.com Jan 03 2018 01:08:34     LVNV Funding LLC,
                 c/o Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC  29603-0587
13848187        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 03 2018 01:02:34     Regional Acceptance Co,
                 621 W Newport Pike,   Wilmington, DE 19804-3235
13861369         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 03 2018 01:02:34     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Regional Acceptance Corporation,    PO Box 1847,   Wilson, NC   27894-1847
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Sarah E Worley dmo160west@gmail.com,    davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    Regional Acceptance Corporation bankruptcy@wglaw.com,
               state@wglaw.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  SARAH E. WORLEY<br>　　　　　　　　　　**Debtor** | BANKRUPTCY CASE<br>NO.: 17-10117 |
| Regional Acceptance Corporation<br>　　　　　　　　　　**Movant**<br>　　v.<br>Sarah E. Worley<br>Mark Worley<br>　　　　　　　　　　**Respondents** | CHAPTER 13 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this ____ day of _____, upon consideration of the Motion of Regional Acceptance Corporation ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1) and relief from co-debtor stay pursuant to 11 U.S.C. Section 1301(c)(3), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to repossess and sell that certain 2008 Infiniti G-35X, VIN JNKBV61F78M254386.

~~ORDERED that this Order shall also be applicable to Mark Worley under Section 1301(c)(3) of the Bankruptcy Code.~~

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

Date:  1/2/18

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE