United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sarah E Worley
          Debtor

Case No. 17-10117-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John          Page 1 of 1          Date Rcvd: Jan 11, 2018
                             Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db              +Sarah E Worley,    6909 Sprague Street,    Philadelphia, PA 19119-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2018 03:03:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Sarah E Worley dmo160west@gmail.com,  davidoffenecf@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
           bkgroup@kmllawgroup.com
          PETER E. MELTZER    on behalf of Creditor    Regional Acceptance Corporation bankruptcy@wglaw.com,
           state@wglaw.com
          REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 6

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Sarah E. Worley            )   Chapter 13
                                     )
          Debtor                     )   17-10117-ELF
                                     )
                                     )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $4,000.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

1/11/18

DATED:                    _____
                          ERIC L. FRANK
                          CHIEF U.S. BANKRUPTCY JUDGE