## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **Chapter 13** |
| | : | |
| **Sarah E. Worley** | : | **Bankruptcy No. 17-10117-elf** |
| **aka Sarah E. Thurmond** | : | |
| Debtor | : | Hearing Date & Time: 10/9/18 at 9:30 a.m. |

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust has filed a Motion for Relief from Stay with the Court in order to gain Court authority to foreclose on real property known as 6909 Sprague Street, Philadelphia, PA 19119.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before N/A (17 days after the date the notice was mailed) you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    Clerk of Courts
    United States Bankruptcy Court
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, Pennsylvania  19107-14546

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

    Allison L. Carr, Esquire
    Tucker Arensberg, P.C.
    1500 One PPG Place
    Pittsburgh, PA. 15222
    (412) 594-3935
    (412) 594-5619 (fax no.)

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on October 9, 2018, at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 201, Philadelphia PA 19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 9/12/18

BANK_FIN:586666-1 032787-183221

# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **Sarah E. Worley** | : | Bankruptcy No. 17-10117-elf |
| aka Sarah E. Thurmond | : | |
| Debtor | : | Hearing Date & Time: 10/9/18 at 9:30 a.m. |

## CERTIFICATE OF SERVICE

I, Brett A. Solomon, of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, certify that I am, and at all time hereinafter mentioned, more than 18 years of age.

That on the 12th day of September, 2018, I served a copy of the Notice of Motion, Response Deadline and Hearing Date and a copy of the Motion for Relief from Automatic Stay filed in this proceeding on:

**Debtor**
Sarah E. Worley
6909 Sprague Street
Philadelphia, PA 19119

**Debtor's Counsel**
David M. Offen, Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

**Trustee**
William C. Miller, Esq.
PO Box 1229
Philadelphia, PA 19105

**U.S. Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

the Respondents in this proceeding, by United States mail, first class, postage prepaid, at the above addresses.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: 9/12/18

/s/ Allison L. Carr
Allison L. Carr, Esquire
Pa. I.D. # 203815
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Attorney for U.S. Bank Trust National Association

BANK_FIN:586666-1 032787-183221