IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Sara E. Worley<br>aka Sarah E. Thurmond<br>Debtor | : | No. 17-10117-ELF |

ANSWER TO MOTION OF U.S. Bank Trust Natonal Association
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Denied for all.
10. Denied.
11. Admitted.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 09/28/18