IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     Sara E. Worley | : | No. 17-10117-ELF |
| aka Sarah E. Thurmond | | |
|     Debtor | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on September 28, 2018 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail along with the following creditor:

Allison L. Carr on behalf of US Bank Trust N.A.
Acarr@tuckerlaw.com

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

9/28/18