# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Sarah E. Worley | : | Bankruptcy No. 17-10117-elf |
| aka Sarah E. Thurmond | : | |
| Debtors | : | Related to Document Nos. 55 & 57 |

## ORDER OF COURT

AND NOW, this  21st   day of   December      , 2018, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust and with the Debtor, it is hereby **ORDERED** that the Stipulation is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 3 -