```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 17-10117-elf
Sarah E Worley                                                 Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1             Date Rcvd: Dec 21, 2018
                              Form ID: pdf900         Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
```
db            +Sarah E Worley,   6909 Sprague Street,   Philadelphia, PA 19119-1308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Dec 22 2018 03:52:30     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2018 03:51:35
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2018 03:52:09     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: ally@ebn.phinsolutions.com Dec 22 2018 03:50:56     Ally Financial Inc.,
               P.O. Box 130424,   Roseville, MN 55113-0004
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2018 03:53:30     LVNV Funding LLC,
               c/o Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC 29603-0587
cr             E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 22 2018 03:53:40     Regional Acceptance Corporation,
               PO Box 1847,   Wilson, NC 27894-1847
                                                                                            TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                               Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:
```
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               SCIG Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
              BRETT ALAN SOLOMON    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
               the SCIG Series III Trust bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              DAVID M. OFFEN    on behalf of Debtor Sarah E Worley dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    Regional Acceptance Corporation bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Sarah E. Worley | : | Bankruptcy No. 17-10117-elf |
| aka Sarah E. Thurmond | : | |
| Debtors | : | Related to Document Nos. 55 & 57 |

ORDER OF COURT

AND NOW, this  21st   day of   December      , 2018, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust and with the Debtor, it is hereby **ORDERED** that the Stipulation is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**