IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                     :    CHAPTER 13
                           :
Sarah E. Worley            :    No. 17-10117-ELF
     Debtor                :
```

## OBJECTION TO CERTIFICATE OF DEFAULT

Debtor, by her Attorney David M. Offen, objects to the Certificate of Default and requests a hearing as Debtor has informed her counsel that she made all required payments.

WHEREFORE, Debtor, respectfully requests this Honorable Court to enter an Order disallowing the Certificate of Default.

```
                         /s/   David M.Offen
                         David M. Offen
                         Attorney for Debtor
                         Suite 160 West, Curtis Center
                         601 Walnut Street
                         Philadelphia, PA 19106
                         215-625-9600
Dated:4/16/19
```