IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | CHAPTER 13 |
| Sarah E. Worley | : | No. 17-10117-ELF |
| Debtor | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Objection to Trustee's Certificate of Default was served on April 16, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
 601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

4/16/19