*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sarah E Worley
　　Debtor(s)

Case No: 17–10117–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certification of Default

　　on: 4/30/19

　　at: 09:30 AM

　　in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/18/19

Timothy B. McGrath
Clerk of Court

80 – 78
Form 167