# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Sarah E. Worley, | : | Bankruptcy No. 17-10117-elf |
| | : | |
| Debtor | : | Document No. 77 |
| | : | |

## PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT

TO:   CLERK OF COURT

Kindly mark as withdrawn without prejudice the Certification of Default filed in the above-referenced Bankruptcy case on behalf of U.S. Bank Trust National Association, as trustee of the SCIG Series III Trust, on April 11, 2019, at Doc. No. 77.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

Date: May 2, 2019

By /s/ *Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. # 202253
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
*Attorney for US Bank Trust National Association, as Trustee of the SCIG Series III Trust*

TADMS:5138989-1 032787-183221

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **Sarah E. Worley,** | : | Bankruptcy No. 17-10117-elf |
| | : | |
| **Debtor** | : | Document No. 77 |
| | : | |

## CERTIFICATE OF SERVICE

I, Jillian Nolan Snider, of Tucker Arensberg, P.C., certify that on May 2, 2019, I served a copy of this Praecipe to Withdraw on the following parties in the manner described:

By United States mail, first class, postage prepaid:

Sarah E. Worley
6909 Sprague Street
Philadelphia, PA 19119

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA 19105

And by electronic notification through the court's ecf notification system:

David M. Offen, Esq.
Office of the U.S. Trustee

dmo160west@gmail.com
Ustpregion03.ph.ecf@usdoj.gov

Executed:  May 2, 2019

By /s/ *Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. # 202253
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
*Attorney for US Bank Trust National Association, as Trustee of the SCIG Series III Trust*