United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-10117-elf
Sarah E Worley                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 2             Date Rcvd: Sep 01, 2020
                              Form ID: pdf900         Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
```
db             +Sarah E Worley,    6909 Sprague Street,    Philadelphia, PA 19119-1308
13951864       +Ally Financial Inc.,    c/o REGINA COHEN,    190 North Independence Mall West,
                 6th & Race Streets, Suite 500,    Philadelphia, PA 19106-1554
13848178       +Barbara A. Fein, Esq.,    721 Dresher Road, Suite 1050,    Horsham, PA 19044-2266
13848179       +Brittany Thurmond,    6714 Large Street,    Philadelphia, PA 19149-2102
13848185        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13848186        Jefferson University Physicians,    Central Business Office,    P.O. Box 40089,
                 Philadelphia, PA 19106-0089
13863868       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13922178       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13848188       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
13848189        Thomas Jefferson University Hospital,    P.O. Box 8500-3100,    Philadelphia, PA 19178-3100
14494716       +U.S. Bank Trust National Association, as Trustee,     c/o BSI Financial Services,
                 314 S. Franklin Street, PO Box 517,    Titusville, PA 16354-0517
14494715       +U.S. Bank Trust National Association, et al,    c/o BSI Financial Services,
                 314 S. Franklin Street, PO Box 517,    Titusville, PA 16354-0517
14286550       +US Bank Trust National Association as Trustee,     c/o BSI Financial Services,    PO BOX 679002,
                 Dallas, TX 75267-9002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:04:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 02 2020 12:05:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2020 11:32:32      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
13848176       +E-mail/Text: ally@ebn.phinsolutions.com Sep 02 2020 12:04:32      Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
13853689        E-mail/Text: ally@ebn.phinsolutions.com Sep 02 2020 12:04:32      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13848177       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 02 2020 12:04:42
                 AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
13899962        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2020 12:27:57
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13848181        E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:20      City of Philadelphia,
                 Dept. of Revenue,    P.O. Box 1630,    Philadelphia, PA 19105-1630
13938533        E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:20      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13848180       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 02 2020 11:36:09      Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13907023       +E-mail/Text: bankruptcy@cavps.com Sep 02 2020 12:05:16      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13848183       +E-mail/Text: tropiann@einstein.edu Sep 02 2020 12:04:50      Einstein/Germantown,    Oral Health,
                 5501 Old York Road,    Paley Bldg. 2nd Floor,    Philadelphia, PA 19141-3018
13848184       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 02 2020 12:05:33      Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
13885129        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2020 11:35:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13922403        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2020 11:35:36
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13915241       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 02 2020 12:05:14      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13921163        E-mail/Text: bnc-quantum@quantum3group.com Sep 02 2020 12:04:48
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13848187       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 02 2020 11:39:34      Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
13861369        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 02 2020 11:39:34      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13848190        E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:21      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 21
```

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Sep 01, 2020
                              Form ID: pdf900            Total Noticed: 34


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Ally Financial Inc.,   P.O. Box 130424,   Roseville, MN 55113-0004
cr             Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC  27894-1847
13948278*     +CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13848182     ##+Eastern Revenue, Inc,   998 Old Eagle School Rd,   Wayne, PA 19087-1805
                                                                               TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               SCIG Series III Trust acarr@tuckerlaw.com
              BRETT ALAN SOLOMON    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
               the SCIG Series III Trust bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
              DAVID M. OFFEN    on behalf of Debtor Sarah E Worley dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
               of the SCIG Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor    Regional Acceptance Corporation bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SARAH E WORLEY | Chapter 13 |
| Debtor | Bankruptcy No. 17-10117-ELF |

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: September 1, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
SARAH E WORLEY

6909 SPRAGUE STREET

PHILADELPHIA, PA 19119